UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILIA KUENTZ and THOMAS CARPENTER, *individually and on behalf of themselves and all others similarly situated*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>CACI INTERNATIONAL, INC., CACI, INC. - FEDERAL, CACI, LLC - COMMERCIAL, ABC COMPANIES 1 – 25 (UNKNOWN CACI COMPANIES),<br>　　　　　　*Defendants*. | Civil Action No.: 1:24-cv-02496-DLF |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs recently (ECF 22) called the Court's attention to *Williams v. Enterprise Resource Planning International*, 2025 WL 1784628 (S.D. Cal. Jun. 26, 2025). Like other cases Plaintiffs cited (ECF 18) in response to Defendants' Motion to Dismiss (ECF 16), and in Plaintiffs' other Notice of Supplemental Authority (ECF 20), *Williams*'s analysis of the Service Contract Act (SCA) is inadequate and fails to persuade. Indeed, *Williams* doesn't even independently analyze the SCA but mostly just cites other cases that, as Defendants have explained, don't properly analyze the SCA.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Russell R. Bruch*
　　　　　　　　　　　　　　　　　　　Russell R. Bruch (DC Bar No. 503288)
　　　　　　　　　　　　　　　　　　　Bryan M. Killian (DC Bar No. 989803)
　　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20004-2541
　　　　　　　　　　　　　　　　　　　Tel. (202) 739-5293
　　　　　　　　　　　　　　　　　　　russell.bruch@morganlewis.com
　　　　　　　　　　　　　　　　　　　bryan.killian@morganlewis.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

DB1/ 161288562.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, a copy of the foregoing was served on the party below by electronic service using the CM/ECF system:

Thomas J. Eiler
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
teiler@zagfirm.com

                                        */s/ Russell R. Bruch*
                                        Russell R. Bruch