UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILIA KUENTZ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CACI INTERNATIONAL, INC., *et al.*,<br><br>*Defendants*. | No. 24-cv-2496 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' Motion to Dismiss, Dkt. 16, is granted without prejudice.

This is a final appealable order. The Clerk of Court is directed to close this case.

**SO ORDERED**.

DABNEY L. FRIEDRICH
United States District Judge

September 30, 2025